# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sieverding

V.

American BAR Association et al.

CASI

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Colorado Bar Association
1900 Grant St. Suite 900
Denver, CO 80203

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~~~~ (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        AUG 22 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 083105 |
| NAME OF SERVER (PRINT) JON VAWESIE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): HAND-delivered to IOLA MCKENZIE RECEPTIONIST AT 4:35 AM ON 083005 AT 1900 GRANT ST. #900, denver, CO 80202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  083105
           Date

Signature of Server

1701 WYNKOOP ST. #246, denver, CO 80202
Address of Server

05 CV 01672
Sieverding v ABA
District of Columbia

(CBA)

[Notary seal: PHILLIP PERARD, NOTARY PUBLIC, STATE OF COLORADO]
My Commission Expires 03/11/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.