# UNITED STATES DISTRICT COURT
## District of Columbia

David; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER 1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

David Brougham, _Trenwrath Cyne 79_
% Hall and Evans
1125 17th St. #600
Denver, CO 80202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S _pro se_ (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

AUG 22 2005
DATE

_/s/ [signature]_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 09/02/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JON JAMESUE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): HAND DELIVERY TO CATHERINE ALEXANDER, RECEPTIONIST, AT 10:05 AM ON 09/02/05 AT 1125 17TH ST #1600, DENVER, CO 80202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date            Signature of Server

1701 WYNKOOP ST #242, DENVER, CO 80202
Address of Server

05CV 01672
Sieverding V ABA
District of Columbia

David Brougham
personal capacity

NOTARY:
PhPR

[Notary seal: PHILLIP PERARD, NOTARY PUBLIC, STATE OF COLORADO]
My Commission Expires 03/11/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

David; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER   1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Hall and Evans LLP
Hall and Evans
1125 17th St. #600
Denver, CO 80202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ pro se (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                                    AUG 2 2 2005

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 09/02/05 |
| NAME OF SERVER (PRINT) JON TRAVESSE | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): HAND DELIVERED TO CATHERINE ALEXANDER, RECEPTIONIST, AT 10:04 AM ON 09/02/05 AT 1125 17TH ST #600, DENVER, CO 80202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server

Address of Server: 1801 MARKET ST #246, DENVER, CO 80202

NOTARY

05CV 01672
Sievering v ABA
District of Columbia
HALL + EVANS LLP

[Notary seal: PHILLIP PERARD, NOTARY PUBLIC, STATE OF COLORADO]
My Commission Expires 03/11/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sievending

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CASE NUMBER 1:05CV01672

CAS

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

David Brougham, Cty Ins. Agent for (CIRSA)
% Hall and Evans
1125 17th St. #600
Denver, CO 80202

Pro Se

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

David, Kay, Ed and Tom Sievending
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 22 2005

CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 09/06/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JON MWESIGE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Hand delivered to Catherine Alexander, Receptionist, at 10:25 AM on 09/02/05 at 1125 17th St. #600, denver, CO 80202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date            Signature of Server

1701 Wynkoop St #246, denver, CO 80202
Address of Server

05CV 01672
Sieverding VABA
Brougham city insurance
agent for CIRSA

[Notary seal: PHILLIP PERARD, NOTARY PUBLIC, STATE OF COLORADO]
My Commission Expires 03/11/2009

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

David; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER 1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

The World Company AKA AKA Lawrence Journal World, The Steamboat Pilot + Today News/paper
609 New Hampshire
Lawrence, KS 66044

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S **PRO SE** (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 22 2005
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | Sept 6 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Quinton L. Shields | Special Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Agent Service - Tom Harnbaker 3:45pm

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _Quinton Shields_
            Date                 Signature of Server

111 E 11th Lawrence KS 66044
Address of Server

05 CV 01672
Sieverding v ABA
The World Company
Lawrence Kansas

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.