# UNITED STATES DISTRICT COURT
## District of Columbia

David; Kay, Ed and Tom Sieverding

SUMMONS IN A CIVIL CASE

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

David Brougham, *[illegible]*
% Hall and Evans
1125 17th St. #600
Denver, CO 80202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~Pro Se~~ (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 22 2005
CLERK                                          DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 09/02/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JON JAMESUE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): HAND-DELIVERED TO CATHERINE ALEXANDER, RECEPTIONIST, AT 10:04am ON 090205 AT 1125 17TH ST #600, denver, CO 80202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

Signature of Server

1701 MARKAP ST #246, denver, CO 80202
Address of Server

05CV 01672
Sieverding v ABA
District of Columbia

David Brougham
personal capacity

NOTARY:
php pe

[Notary Seal: PHILLIP PERARD, NOTARY PUBLIC, STATE OF COLORADO]
My Commission Expires 03/11/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

David; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER 1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Hall and Evans LLP
Hall and Evans
1125 17th St. #600
Denver, CO 80202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S *pro se* (name and address)

David Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     AUG 22 2005
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 09/02/05 |
| NAME OF SERVER (PRINT) JON TRAVESUT | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Hand-delivered to Catherine Alexander, Receptionist, at 10:04 am on 090205 at 1125 17th St #600, Denver, CO 80202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                Signature of Server

05CV 01672
Sievending V ABA
District of Columbia
HALL + EVANS LLP

1801 Market St. #246, Denver, CO 80202
Address of Server

NOTARY
[signature]

[Notary seal: PHILLIP PERARD, NOTARY PUBLIC, STATE OF COLORADO]
My Commission Expires 03/11/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sievending

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CASE NUMBER 1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

David Brougham, City Ins. Agent for (CIRSA)
℅ Hall and Evans
1125 17th St. #600
Denver, CO 80202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

David, Kay, Ed and Tom Sievending
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                AUG 22 2005
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 09/06/05 |
| NAME OF SERVER (PRINT)  JON YAMBLUE | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Hand-delivered to Catherine Alexander, receptionist, at 10:04 am on 09/02/05 at 1125 17th St #600, Denver, CO 80202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date                    Signature of Server

                                   1701 Wynkoop St #246, Denver, CO 80202
                                   Address of Server

05CV 01672
Sieverding v ABA
Brougham city insurance
agent for CIRSA

[Notary seal: PHILLIP PERARD, NOTARY PUBLIC, STATE OF COLORADO]
My Commission Expires 03/11/2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.