## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT



MAY 2 6 2005

| | |
|---|---|
| KAY SIEVERDING; DAVID SIEVERDING; ED SIEVERDING; TOM SIEVERDING,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>COLORADO BAR ASSOCIATION, and their insurance company (true name unknown); CITY OF STEAMBOAT SPRINGS, CO, a municipality; AMERICAN BAR ASSOCIATION, and their insurance company (true name unknown); JANE BENNETT, private citizen acting in conspiracy with City policy makers; KEVIN BENNETT, individually and in capacity as City council member; KEN BRENNER, individually and in capacity as a City council member; DAVID BROUGHAM, individually and in capacity as apparent City insurance agent (for CIRSA); CIRSA, insurance for the City; INSURANCE AGENT, other than Brougham, and decision makers for CIRSA (true name unknown); KATHY CONNELL, individually and as employed as City council member; DAVIS, GRAHAM & STUBBS, LLC; JAMES ENGLEKEN, individually and in capacity as City council member; ART FIEBING, individually and as employed as City assistant chief of police; SANDY FIEBING, individually and as the City code enforcement officer; DANIEL | Nos. 04-1108, 04-1143 & 04-1152 |

FOOTE, individually and in capacity as assistant City attorney; JAMES GARRECHT, in capacity as district court judge (for injunctive relief only since he is immune from suit for damages); J. D. HAYS, individually and in capacity as City director of public safety; HALL & EVANS, LLC, and their insurance; JAMES "SANDY" HORNER, individually and as attorney working for Klauzer & Tremaine and his insurance company; PAUL HUGHES, individually and in capacity and City manager; KLAUZER & TREMAINE, a law firm, and insurance (true name unknown); RANDALL KLAUZER, individually and in capacity as an attorney and his insurance company; CHARLES LANCE, individually and in capacity as former district attorney and his insurance; ANTHONY LETTUNICH, individually and in capacity as City attorney and his insurance; PAUL R. MCLIMANS, individually and in capacity as a district attorney and his insurance company; WENDIE SCHULENBURG, (a.k.a. Rooney), individually and in capacity as City planning services director and her insurance; MELINDA SHERMAN, former assistant City attorney, individually, and in capacity, and their insurance; KERRY ST. JAMES, individually and in capacity as deputy or assistant district attorney and his insurance; JAMES B.F. OLIPHANT, Bennett's attorney and purchaser of plaintiff's home; SUZANNE SCHLICHT, individually and in capacity as newspaper publisher and her insurance;

| | |
|---|---|
| STEAMBOAT PILOT & TODAY NEWSPAPER, (Worldwest Limited Liability Company), and insurance (true name unknown); ARIANTHE STETTNER, individually and in capacity as City council member; PAUL STRONG, individually and in capacity as City council member and his insurance company; RICHARD TREMAINE, individually and in capacity as an attorney and his insurance company; JAMES WEBER, individually and in capacity as City public works director and his insurance company; P. ELIZABETH WITTEMYER, individually and in capacity as deputy district attorney and her insurance,<br><br>Defendants - Appellees. | |

ORDER

Filed May 25, 2005

Before **TACHA**, Chief Judge, **HENRY**, and **O'BRIEN**, Circuit Judges.

Appellants' petition for rehearing en banc (1806428) is denied.

The petition for rehearing en banc (1806428) was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in

regular active service on the court requested that the court be polled, the petition is denied. Appellants' motion to withdraw and motion to clarify are denied as moot.

                                            Entered for the Court
                                            PATRICK FISHER, Clerk of Court

                                            by: *Audrey F. Weigel*
                                                  Deputy Clerk