

United States District Court for the District of Columbia

| | |
|---|---|
| David Sieverding AKA FATHER | 05-cv-01283-RMU |
| Kay Sieverding AKA MOTHER | jury trial of any factual disputes |
| Ed Sieverding AKA OLDER SON | |
| Tom Sieverding AKA YOUNGER SON | |

Plaintiffs in joint AKA FAMILY
All reside at 641 Basswood Ave., Verona, WI 53593
Voice 608 848 5721, Fax 608 845 3201, Email slides@slides.com
(Filing pro se but with full fee paid)

v.

American Bar Association, 740 15th St. Northwest. Washington D.C. 20005, 202-862-1000.

Jane Bennett, 701 Princeton Ave., Steamboat Springs, CO, 80477 (unpublished phone)

Faegre & Benson, LLP, 90 S. 7th St, Minneapolis, MN, 55402. 612-

Hall and Evans LLC. 1125 Seventeenth St. Suite 600, Denver CO 80206, 303-628-3300.

McConnell Siderius Fleischner Houghtaling & Craigmile 4600 S. Syracuse St., Suite 200,

Denver CO 80237, 303 480 0400.

James B.F. Oliphant, Feldman, Nagel & Oliphant, PO 775628, 919 Oak St., Steamboat Springs, CO 80477, 970-879-6060.

Routt County Court, 522 Lincoln Ave, Steamboat CO 80477, 970-879-5020.

The World Company AKA Lawrence Journal World and the Steamboat Pilot & Today.
609 New Hampshire. P.O. 888, Lawrence, Kansas 66044. 785-843-1000.

U.S. Judiciary, Thurgood Marshall Federal Judicial Building, One Columbus Circle, N.E., Room 6100, Washington DC 20002-8003. 202-502-4250.

White & Steele, 950 17th St., 21st Floor, Denver, CO 80202, 303-296-3131.

---

Notice of Withdrawal

1

Notice of withdrawal

I am hereby voluntarily withdrawing from this case to comply with Judge Nottingham's order. I had nothing to do with the preparation of the documents associated with this case and have little understanding of law.

David Sieverding

641 Basswood Ave.. Verona, WI 53593 Voice, 608 848 5721, Fax 608 845 3201

slides@slides.com

Certificate of Service

| Carolyn Beth Lamm                  | Frank Panopoulos                  |
| WHITE & CASE, L.L.P.               | WHITE & CASE, L.L.P.              |
| 601 13th Street, NW                | 601 13th Street, NW               |
| Washington, DC 20005-3807          | Washington, DC 20005-3807         |
| (202) 626-3600                     | (202) 626-3600                    |
| FAX (202) 393-2893                 | FAX (202) 639-9355                |
| email: clamm@whitecase.com         | fpanopoulos@whitecase.com         |
| Kevin Aloysius Kernan              | Danielle Moore                    |
| O'BRIENT, BUTLER, MCCONIHE &       | OFFICE OF THE ATTORNEY GENERAL    |
| SCHAEFER, PLLC                     | 1525 Sherman Street               |
| 888 17th Street, NW                | 5th Floor                         |
| Washington, DC 20006-3939          | Denver, CO 80203                  |
| (202) 298-6161                     | (303) 866-3545                    |
| FAX (202) 293-1640                 | Danielle.moore@state.co.us        |
| kkernan@ombslaw.com                |                                   |