A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

David Sieverding, et al.,

   Plaintiff(s)   ) **APPEARANCE**

   vs.   ) CASE NUMBER 1:05CV01672(RMU)

American Bar Association, et al.,

   Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Frank Panopoulos   as counsel in this
          (Attorney's Name)

case for: American Bar Association
    (Name of party or parties)

September 19, 2005
Date

/s/ Frank Panopoulos
Signature

Frank Panopoulos
Print Name

459365
BAR IDENTIFICATION

White & Case LLP, 701 13th St., NW
Address

Washington, DC  20005
City  State  Zip Code

202-626-3600
Phone Number