IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

DAVID SIEVERDING, *et al.,*

Plaintiffs,

    v.

KEVIN BENNETT, *et al.*,

Defendants.

_____

Case No. 1:05CV01672
(RMU)

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants Kevin Bennett, Ken Brenner, City of Steamboat Springs, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, James "Sandy" Horner, Paul Hughes, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendy Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Arianthe Stettner, Paul Strong, James Weber, and P. Elizabeth Wittemeyer, (collectively herein, "Defendants"), through their undersigned attorneys O'Brien, Butler, McConihe & Schaefer, LLP, respectfully move this Court for an Order dismissing the Plaintiffs' Complaint, and state as follows:

### INTRODUCTION

On or about August 22, 2005, the Plaintiffs *pro se* filed their Complaint. This action represents the tenth *pro se* civil action the Plaintiffs have filed in state and federal courts that surrounds the same set of facts and encompasses the same issues. The Sieverdings' Complaint contains more than four hundred (400) paragraphs and it is difficult to understand but it stems from a series of incidents that began in 1991 when the Plaintiffs became involved in a dispute with their neighbors in Steamboat Springs,

Colorado. The Plaintiffs' Complaint purports to state claims for, *inter alia*, conspiracy, intentional interference with economic advantage, and negligence surrounding the Plaintiffs' dispute with their neighbors and the related legal proceedings.

## ARGUMENT

In support of their Motion to Dismiss the Plaintiffs' Complaint, the Defendants join in and incorporate by reference the arguments set forth in the Motion to Dismiss filed on September 16, 2005 on behalf of Defendants Jane Bennett, David Brougham, Hall and Evans LLP, Klauzer & Tremaine, LLC, Randall Klauzer, The World Company, and Richard Tremaine.

The arguments incorporated by the Defendants include the following: 1) the Plaintiffs' Complaint should be dismissed based upon the Plaintiffs' failure to include sufficient facts to support personal jurisdiction of this Court over the Defendants; 2) the Plaintiffs violation of a Colorado District Court's ruling enjoining them from engaging in *pro se* civil litigation; and 3) the Plaintiffs violation of Rule 8 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants Kevin Bennett, Ken Brenner, City of Steamboat Springs, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, James "Sandy" Horner, Paul Hughes, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendy Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Arianthe Stettner, Paul Strong, James Weber, and P. Elizabeth Wittemeyer respectfully request this Court dismiss the Plaintiffs' Complaint with prejudice and grant such

additional relief it deems appropriate under the circumstances.

        Respectfully submitted,

        _____
        Kevin A. Kernan, Esquire
        Bar No. 457194
        O'BRIEN, BUTLER, McCONIHE & SCHAEFER
        888 Seventh Street, N.W., Suite 1200
        Washington, D.C. 20006-3967
        Tel.: (202) 298-6161
        kkernan@obmslaw.com

        Attorney for Defendants Kevin Bennett, Ken Brenner, City of Steamboat Springs, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, James "Sandy" Horner, Paul Hughes, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendy Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Arianthe Stettner, Paul Strong, James Weber, and P. Elizabeth Wittemeyer.

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the forgoing DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT, along with a proposed Order was mailed, first class postage prepaid, on this 23rd day of September 2005 to Kay Sieverding, Ed Sieverding, and Tom Sieverding at 641 Basswood Avenue, Verona, Wisconsin 53593.

        _____
        Kevin Kernan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

KAY SIEVERDING, *et al.,*

Plaintiffs,

v.

KEVIN BENNETT, *et al.*,

Defendants.

Case No.  1:05CV01672
(RMU)

## ORDER

THIS MATTER IS BEFORE THIS COURT on a Motion to Dismiss the Plaintiffs' Complaint filed by Defendants Kevin Bennett, Ken Brenner, City of Steamboat Springs, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, James "Sandy" Horner, Paul Hughes, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendy Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Arianthe Stettner, Paul Strong, James Weber, and P. Elizabeth Wittemeyer; the argument of counsel; and for good cause having been shown; it is hereby

ORDERED that Defendants' Motion to Dismiss the Plaintiffs' Complaint shall, and hereby is, GRANTED.

SO ORDERED.

_____
RICARDO M. URBINA
DATE:                                                            United States District Judge

cc:      Kevin A. Kernan, Esquire
O'BRIEN, BUTLER, McCONIHE & SCHAEFER PLLC
Suite 1200, Brawner Building
888 Seventh Street, N.W.
Washington, D.C.  20006-3967
Tel.: (202) 298-6161
kkernan@obmslaw.com

Attorney for Defendants Kevin Bennett, Ken Brenner, City of Steamboat Springs, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, James "Sandy" Horner, Paul Hughes, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendy Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Arianthe Stettner, Paul Strong, James Weber, and P. Elizabeth Wittemeyer.

Kay Sieverding
Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593

Plaintiffs *pro se*