THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

Sieverding, et al

        *Plaintifsf,*

    v

American Bar Association, et al

        *Defendants.*

Case No. 1:05CV01672

(RMU)

## PLAINTIFF MOTION FOR ENLARGMENT OF TIME TO FILE CONSOLIDATED RESPONSE TO DEFENDANT MOTIONS TO DISMISS

This enlargement is necessary because defendants did not serve Kay Sieverding in jail Kay Sieverding is in jail at the request of the defense council. She committed no crime. Also, paper filing takes more time.

Verification: The plaintiffs hereby declare under penalty of perjury that to the best of their knowledge and belief everything included in this document, and all other documents filed with this and all other courts is true and correct.

*Kay Sieverding* 09-20-05

*Ed Sieverding* 09-20-05

*Tom Sieverding* 09-20-05

Service by ECF.

1