## THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

Kay Sieverding, et al

        *Plaintifsf,*

   v

American Bar Association, et al

        *Defendants.*

Case No. 1:05CV01672

(RMU)

### ERRATTA

We filed our response entitled "Plaintiffs' Consolidated Objection And Motion For Summary Judgment" on time. It was accidentally filed as an appendix to an earlier motion for enlargement of time that turned out not to be needed.

Verification: The plaintiffs hereby declare under penalty of perjury that to the best of their knowledge and belief everything included in this document, and all other documents filed with this and all other courts is true and correct.

/s/ Kay Sieverding
Kay Sieverding

/s/ Ed Sieverding
Ed Sieverding

/s/ Tom Sieverding
Tom Sieverding