THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

Kay Sieverding, et al

       *Plaintifsf,*

       v

American Bar Association, et al

       *Defendants.*

Case No. 05CV01672

(RMU)

## ERRATTA TO PLAINTIFFS' CONSOLIDATED OBJECTION AND MOTION FOR SUMMARY JUDGMENT

    Plaintiffs forgot to indicate "Service by ECF" at the end of their document. Plaintiffs moved to Wisconsin in 2001. David Sieverding lived in Steamboat for 23 years. Plaintiffs are sorry for the typographical errors, but to meet the deadline a secretarial service is typing from a tape-recorded phone call.

    Verification: The plaintiffs hereby declare under penalty of perjury that to the best of their knowledge and belief everything included in this document, and all other documents filed with this and all other courts is true and correct.

*/s/ Kay Sieverding*
Kay Sieverding

*/s/ Ed Sieverding*
Ed Sieverding

*/s/ Tom Sieverding*
Tom Sieverding

Service by ECF