IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID SIEVERDING, et al., )
)
                  Plaintiffs, )   Case No.:05-CV-01672
)   (RMU)
v. )
)
AMERICAN BAR ASSOCIATION, et al., )
)
                  Defendants. )
)

**MOTION FOR EXPANSION OF TIME**

This motion for expansion of time until November 4, 2005 to answer the ABA's Reply to Plaintiff Motion for Summary Judgment should be granted because the ABA delayed receipt of the document by using FedEx to deliver to a Post Office Box and because the ABA participated in the incarceration of Kay Sieverding. Clear Creak County Jail is small. The only legal authorities are the Colorado Revised Statutes and a 1982 version of American Jurisprudence missing the supplement. Plaintiff needs more time to consult the law library, which she does by having researchers send her copies of documents from the University of Wisconsin Law Library.

                                                           */s/ Kay Sieverding*
                                                           Kay Sieverding
                                                           Clear Creek County Jail
                                                           PO Box 518
                                                           Georgetown, CO 80444

Service by ECF