IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*,  )<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>AMERICAN BAR ASSOCIATION, et al.  )<br>)<br>*Defendants*.  )<br>) | Case No. 1:05CV01672<br>(RMU) |

**ORDER**

It is hereby ordered that Plaintiffs' Motion for Admission of Facts 1-423 and Motion to Verify all Pleadings are DENIED.

SO ORDERED:

_____
Ricardo M. Urbina
United States District Court Judge

Dated: _____

List of parties to be notified appended to this order.

Notification to:

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Kevin Aloysius Kernan
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
kkernan@obmslaw.com
Counsel for Defendants:	Jane Bennett
　　　　　　　　　　　　David Brougham
　　　　　　　　　　　　Hall and Evans LLP
　　　　　　　　　　　　Klauzer & Tremaine, LLC
　　　　　　　　　　　　Randall Klauzer
　　　　　　　　　　　　The World Company
　　　　　　　　　　　　Richard Tremaine