IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*,                )<br>                                                      )<br>            *Plaintiffs*,                        )<br>                                                      )<br>    v.                                              )<br>                                                      )<br>AMERICAN BAR ASSOCIATION, et al.  )<br>                                                      )<br>            *Defendants*.                    )<br>                                                      ) | Case No. 1:05CV01672<br>(RMU) |

ORDER

It is hereby ordered that the Defendants' Motion for a Stay or Enlargement of Time in which to Respond to Plaintiffs' Motions is GRANTED.

SO ORDERED:

_____
Ricardo M. Urbina
United States District Court Judge

Dated: _____

List of parties to be notified appended to this order.

Notification to:

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE


Jerome C. Schaefer, Esq.
O'BRIEN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, DC 20006-3939
jschaefer@obmslaw.com
Counsel for Defendants:   Jane Bennett, Kevin Bennett, Ken Brenner
David Brougham, City of Steamboat Springs
Colorado, Kathy Connell, James Engleken
Art Fiebing, Sandy Fiebing, Daniel Foote
J.D. Hays, Hall and Evans LLP
James Sandy Horner, Paul Hughes
Klauzer & Tremaine, LLC, Randall Klauzer
Charles Lance, Anthony Lettunich
Paul R. McLimans, Wendie Schulenburg
Melinda Sherman, Kerry St. James
Suzanne Schlicht, Steamboat Pilot & Today
Arianthe Stettner, Paul Strong
Richard Tremaine, James Weber
P. Elizabeth Wittemeyer