IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIEVERDING, et al, )
)
        *Plaintiffs,* )   Case No.:05-CV-01672
)    (RMU)
v. )
)
AMERICAN BAR ASSOCIATION, et al., )
)
        *Defendants.* )

## MOTION FOR JUDICIAL NOTICE

The ABA and CBA have disgraced their noble histories by using duress by imprisonment and threat of imprisonment to secure undue advantage over the Sieverdings. "Where the obligee has knowledge of, consents to, or participates in the duress by a third person" See American Jurisprudence 2nd Volume 25, page 379. Judge Nottingham acted as the Bars' illegal agent.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11/05/05.

*Kay Sieverding*
Kay Sieverding
Clear Creek County Jail
PO Box 518
Georgetown, CO 80444