AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sieventing

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

**Kevin Bennett,**
**701 Princeton Ave**
**Steamboat Springs, CO 80477**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S  ~~ATTORNEY~~ *PRO SE* (name and address)

David Kay, Ed and Tom Sieventing
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

AUG 22 2005

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12-3-05  8-27-05 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)* Daniel Rez | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

☑   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jane Bennett wife  701 prince St

Steamboat Springs Co

G   Returned unexecuted: _____

G   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-3-05
_____
*Date*          *Signature of Server*

Box 771378
*Address of Server*
Steamboat Springs Co. 80477

Signed under date
before me on December 2, 2005
Patricia Rez
comm exp 1-11-2007

PATRICIA S. REZ
PO BOX 771378
STEAMBOAT SPRINGS, CO 80477

05cv01672
Kevin Bennett
In capacity

PATRICIA S. REZ
NOTARY PUBLIC
STATE OF COLORADO

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

**Ken Brenner**, City Council chairman
SERVE: **City of Steamboat Springs attn city clerk**
**124 10th St.**
**Steamboat Springs, CO 80477**

Pro SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ████████ (name and address)

David, Kay, Ed and Tom Sieverding
644 BAsswood Ave
Verona Wi 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 22 2005

CLERK                                          DATE

_Nancy Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-19-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 410 Pine, Steamboat Springs Co.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-2-05

Signature of Server
Box 771378

Steamboat Springs C. 80477
Address of Server

Signed under Oath
Before me on December 2, 2005

Patricia S Retz

Comm exp 1-

05 cv 01672
Ken Brenner In CAPAcity

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRING, CO
80

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

\O 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David, Kay, Ed and Tom Sieverding

V.

American Bar Association et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

CASE!

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

SERVE:
Kathy Connell, City Council Member
City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *PRO SE* (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON

CLERK

(BY) DEPUTY CLERK

AUG 2 2 2005

DATE

RECEIVED

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-7-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1955 Village Dr. Steamboat Springs Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05
Date

Signature of Server
Box 771:378

Steamboat Springs Co 80??
Address of Server

05 CV 01672
Sievering V ABA
Kathy Connell
In Capacity

signed under oath before me on December 2, 2005
Patricia S Retz

Patricia S Retz
PO Box 771378
Steamboat Spring Co
80???

Comm exp 1-11-200?

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

### SUMMONS IN A CIVIL CASE

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

SERVE:

James Engleken *[handwritten notation]*
City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~[redacted]~~ PRO SE (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona, WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 22 2005

CLERK                                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-6-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel RETZ | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served: 37500 E. US Hwy 40 Steamboat Springs Co 80487

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05
_____
Date

Signature of Server
Box 771378

Steamboat Springs Co 80477
Address of Server

Signed under oath
before me on December 2,

Patricia S Retz
comm. exp. 1-11-2008

05 CV 01672
Sieverding V ABA
James Engleken
In Capacity

PATRICIA S. RETZ
PO Box 771378
Steamboat Springs, Co 80477

[NOTARY PUBLIC SEAL: PATRICIA S RETZ NOTARY PUBLIC]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Nancy M. Mayer-Whittington Clerk of Court

O 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

C.

CASE NUMBER   1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

SERVE

Daniel Foote, *Asst. City Atty.*
City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *Pro Se* (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 22 2005

CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-31-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _124 10th, Steamboat Springs Co_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _12-2-05_
Date

Signature of Server
_Box 771378_

_Steamboat Springs Co 80477_
Address of Server

Signed under oath before me
on December 2, 2005
_Patricia S Retz_
Comm. exp 1-11-2020

05 CV 01672
Sieverding V ABA
In Capacity
Daniel Foote

PATRICIA S. RETZ
PO BOX 771-378
STEAMBOAT SPRINGS, CO 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

C/

CASE NUMBER   1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

J.D.Hays, City Director of Public Works ;
SERVE; City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~████████~~ PROSE  (name and address)

David; Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG 2 2 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-6-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Rotz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 843 Kiowa, Steamboat Springs Co.

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05

_Signature of Server_
Box 771378

Steamboat Springs Co 80477
_Address of Server_

signed under oath
before me on December 2, 2005
_Patricia S. Rotz_
Comm. exp. 1-11-200 7

PATRICIA S. ROTZ
PO Box 771378
STEAMBOAT SPRING, Co
80477

05 CV 01672
Sieverding V ABA
J D Hays
In Capacity

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

iO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Paul Hughes, *City Manager*

SERVE: City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▮▮▮▮ (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-31-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 174 10th Steamboat Springs Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-2-05          _____
                              Signature of Server
                              BAT7378

Steamboat Springs Co 80477
Address of Server

signed under oath before me
on December 2, 2005
Patricia S Retz
                          Comm. exp 1-11-2007

05 CV 01672
Paul Hughes
In Capacity

PATRICIA S. RETZ
PO Box 771378
Steamboat Springs, Co 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David, Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

C.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

SERVE:  Randall Klauzer, Esq.
Klauzer and Tremaine
320 S. Lincoln Ave.
Steamboat Springs, CO 80487-8906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2005

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-7-05 |
| NAME OF SERVER (PRINT) Daniel Rot | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 790 Gnifer
Steamboat Springs Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-2-05
Date

_signature_
Signature of Server
Box 771378

Steamboat Springs Co 80
Address of Server

signed under oath
before me on December
_signature_ Patricia Sletz

comm. exp. 1.11.2007

05 CV 01672
Sievering VABA
Randall Klauzer
Esq.

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David, Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association etal.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Klauzer and Tremaine LLC
Klauzer and Tremaine
320 S. Lincoln Ave.
Steamboat Springs, CO 80487-8906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PROSE (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                AUG 2 2 2005

CLERK                                     DATE

(By) DEPUTY CLERK

AO-440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-29-05 |
| NAME OF SERVER (PRINT) *Daniel Retz* | TITLE *Investigator* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *320 Lincoln Ave*
*Steamboat Springs Co by serving Krista Gilly, Manager*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *12-2-05*
      Date

Signature of Server

*Box 771378*

*Steamboat Springs Co 80477*
Address of Server

*05 CV 01672*
*Sieverding V ABA*
*Klauzer + Tremaine*

*signed under oath*
*before me December 2, 200*
*Patricia S Retz*
*comm exp 1-11-2007*

*PATRICIA S RETZ*
*PO BOX 771378*
*STEAMBOAT SPRINGS, CO*
*80477*

[notary stamp: PATRICIA S RETZ NOTARY PUBLIC STATE OF COLO]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

SERVE:

Suzanne Schlicht *Newspaper Publisher*
The World Company AKA The Steamboat Pilot
1901 Curve Plaza
Steamboat Springs, CO 80487

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~████~~ *PRO SE* (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

AUG 2 2 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-21-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: 1901 Curve Place
Steamboat Springs G

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-2-05  _Signature of Server_
                      Box 773-78

                      Steamboat Springs G 86477
                      _Address of Server_

Signed under oath
before me on December 2, 2005
Patricia S Retz
                      comm exp 1-11-2007

PATRICIA S. RETZ
PO Box 771378
STEAMBOAT SPRINGS, Co
80477

05 CV 01672
Sieverding VABA
Suzanne Schlicht

PATRICIA S. RETZ
NOTARY PUBLIC
STATE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

O 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Melnda Sherman *Senior Asst. City Atty.*

serve: City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

401 Lincoln Ave
Steamboat 80477
fax se  879 7600

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ▮▮▮▮▮ (name and address)

c David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

AUG 2 2 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-20-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: 401 Lincoln, Steamboat Springs, Co

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

- ☐ Returned unexecuted:

- ☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05
Date

_____
Signature of Server

Box 771738

Steamboat Springs, Co 80477
Address of Server

Signed under oath
before me on December 2, 2005

Patricia S. Retz
Comm. exp. 1-11-2009

05 CV 01672
Melinda Sherman
In capacity

PATRICIA S. RETZ
PO Box 771738
STEAMBOAT SPRINGS, CO 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

\O 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER   1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

**City of Steamboat Springs, Colorado**
SERVE: **City of Steamboat Springs attn city clerk**
**124 10th St.**
**Steamboat Springs, CO 80477**

PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▮▮▮▮▮▮▮ (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG 2 2 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-31-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 124 10th St, Steamboat Springs Co

by serving Daniel Foote, City attorney

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

_____

_____

G Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-2-05 _____
        Date            Signature of Server
                        Box 771378

                        Steamboat Springs Co 80477
                        Address of Server

Signed under oath
before me on December 2, 2005
Patricia S Retz
                comm exp 1-11-2009

05 CV 01672
Sieverding V ABA
City of Steamboat
In Capacity

PATRICIA S. RETZ
PO Box 771378
Steamboat Springs, CO 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David, Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Arianthe Stettner, City Council Member
SAVE: City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▮▮▮▮  PROSE  (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2005

CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-7-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Paul Stettner
at 1367 Anglers Dr, Steamboat Springs Co

☐ Returned unexecuted:

_____

☐ Other (specify):

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05
_____
Date

_____
Signature of Server
Box 771378

Steamboat Springs Co 80477
_____
Address of Server

signed under oath before
me on December 2, 2005
Patricia Retz
Comm. exp. 1-11-2007

PATRICIA S. RETZ
NOTARY PUBLIC
STATE OF...

05 cv 01672
Sieverding VABA
Ananthe Stettner
In Capacity

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO
80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

O 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

CAS

TO: (Name and address of Defendant)

**Kerry St. James** *Deputy or Assi: Attorney or Atty:*
**522 Lincoln Ave**
**Steamboat Springs, CO 80477**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▓▓▓▓▓ *pro se* (name and address)

David Kay Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____30_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
_____
CLERK

AUG 2 2 2005
_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9·6-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 522 main   Steamboat
Springs Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05
            Date

Signature of Server
Box 771378

Steamboat Springs Co  80477
Address of Server

OS CV 01672
Sieverding V ABA
Kerry St James
In CAPACITY

Signed under oath
before me on December 2, 2005

Patricia S Retz
Comm. exp. 1-11-2007

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO
80477

*(NOTARY PUBLIC stamp: PATRICIA S. RETZ, NOTARY PUBLIC, STATE)*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Paul Strong  *Council;* *CITY HOLDER*
City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

SERVE;

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~_____~~ (name and address)

David, Kay, Ed and Tom Sieverding
9641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2005

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-7-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G̶  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: Kathy Connell @ 2345 Val Disere
Steamboat Springs G.

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-2-05
              Date                    Signature of Server
                                      Box 771378

                                      Steamboat Springs Co 81477
                                      Address of Server

                                      Signed under oath
                                      before me on December 2, 2005
                                      Patricia S. Retz
                                                  Comm. exp. 1-11-2007

05 CV 01672
PAUL
Strong

In CAPACITY

                          Patricia S. Retz
                          PO Box 771378
                          Steamboat Springs, Co
                                              80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

CAS

TO: (Name and address of Defendant)

Richard Tremaine, Esq.
Klauzer and Tremaine
320 S. Lincoln Ave.
Steamboat Springs, CO 80487-8906

Pro Se

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-7-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Potz | Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1955 Anglers Dr
Steamboat Springs, Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-2-05
Date

_____
Signature of Server

Box 771378

Steamboat Springs, Co 80477
Address of Server

Signed under oath
before me on December 2, 2005

05 CV 01672  Sieverding v ABA
Richard Tremaine Esquire

Comm. exp. 1-11-2007

Patricia S. Potz
PO Box 771378
Steamboat Springs, Co
80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 1/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CA

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

**James Weber,** City Public works director
**City of Steamboat Springs attn city clerk**
**124 10th St.**
**Steamboat Springs, CO 80477**

Pro Se

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▮▮▮▮▮▮ (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     AUG 2 2 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-1-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Rotz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 124 10th St
Steamboat Springs Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05
Date

Signature of Server
Box 771378

Steamboat Springs Co 80477
Address of Server

Signed under oath
before me on December 2, 2005
Patricia S Retz
Comm exp 1-11-2009

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, Co
80477

05 CV 01672
JAMES Weber
In Capacity

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

P. Elizabeth Wittemyer, former deputy / district attorney

Holloway associates
330 S. Lincoln Ave suite 222
Steamboat Springs, CO 80477-0908

Pro SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▮▮▮▮▮ (name and address)

David Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG 2 2 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8-29-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Retz | Investigator |

_Check one box below to indicate appropriate method of service_

☒ Served personally upon the defendant. Place where served: 330 S. Lincoln, #220

Steamboat Springs Co

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05
_____        _____
Date                                      Signature of Server

Box 771378

Steamboat Springs Co 8047
_____
Address of Server

Signed under oath before
me on December 2, 2005

Patricia S Retz
_____
comm. exp 1-11-2007

05 CV 01672
P Elizabeth Wittemyer
In Capacity

Patricia S. Retz
PO Box 771378
Steamboat Springs, Co 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.