AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David ; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

C

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/*22*/2005

TO: (Name and address of Defendant)

**Jane Bennett**
**701 Princeton Ave**
**Steamboat Springs, CO 80477**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~████~~ *Pro SE* (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     AUG 2 2 2005

CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-27-05 |
| NAME OF SERVER (*PRINT*) Daniel Retz | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Fort Princeton, Steamboat Springs Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-2-05 _____
Date    Signature of Server

Box 771378
Steamboat Springs Co. 80477
Address of Server

Signed under oath
before me on December 2, 2005
Patricia Sretz    comm. exp. 1-11-2007

[NOTARY PUBLIC stamp]

Jane Bennett
05 CV 01672

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ıO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David; Kay, Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American Bar Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

**Kevin Bennett**
**701 Princeton Ave**
**Steamboat Springs, CO 80477**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ *pro se* (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave.
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2005

CLERK                                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-27-05 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)* Daniel Retz | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

G ☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jane Bennett w.f.
701 Princeton Steamboat Springs Co.

G ☐ Returned unexecuted: _____

G ☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05
_____
Date

_Signature of Server_

Box 771378

steamboat springs Co 80477
_Address of Server_

Signed under Oath
before me on December 2, 2005

Patricia S Retz

Comm exp 1-11-2009

[Notary Public stamp]

05 CV 01672

Kevin Bennett

Individual

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRING, Co 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al

CASE NUMBER 1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Ken Brenner
SERVE: City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ▮▮▮▮▮ *Plts SE* (name and address)

David Kay, Ed and Tom Sieverding
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
DEC 0 7 2005

NANCY M. MAYER-WHITTINGTON

AUG 22 2005

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-19-05 |

NAME OF SERVER (PRINT)  _Daniel Retz_   TITLE  _Investigator_

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:  _410 Pine, Steamboat Springs Co._

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _12-2-05_

_(signature)_   _Signature of Server_

Box 771378

Steamboat Springs Co.  80477
_Address of Server_

SIGNED UNDER OATH
before me on December 2, 2005

_Patricia S Retz_

Comm.exp 1-11-

05 CV 01672
Ken Brenner In CAPAcity
individual

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO
80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CASE NUMBER   1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

---

TO: (Name and address of Defendant)

SERVE:

Kathy Connell *Individual Capacity*
City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

2345 Val Disene Cir
879 7090

2955 Village Dr   870
Steamboat   6187
Flo SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ████████ (name and address)

David Kay, Ed and Tom Sieverding
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2005
CLERK                                          DATE

(BY) DEPUTY CLERK   _Higgins_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-7-05 |

| NAME OF SERVER (*PRINT*) | TITLE |
|---|---|
| Davie C Rotz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1555 Village Dr
Steamboat Springs Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-3-05          _____
                              *Signature of Server*
                              Box 771378

                              Steamboat Springs Co. 80477
                              *Address of Server*

Signed under oath
before me on December 2,
Patricia S Retz
Comm exp  1-11-2007

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO
80477

05 CV 01672
Kathy Connell
Individual

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sievending

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CAS

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

James Engleken
City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

c/o  Safeway
37500  US Highway 40
Steamboat Sp. CO 80487
phone 970 8794087

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▓▓▓▓ (name and address)

David, Kay, Ed and Tom Sievending
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG 2 2 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-6-05 |
| NAME OF SERVER (PRINT) Daniel Retz | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 37500 E US Hwy 40, Steamboat Springs Co.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-2-05

_____
Signature of Server

Box 771378

Steamboat Springs Co 80477
Address of Server

Signed under oath
before me on December 2, 2005

Patricia S Retz
Comm exp 1-11-2007

05 CV 01672
James Engleken
Individual

Patricia S. Retz
PO Box 771378
Steamboat Springs, Co 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CA

CASE NUMBER   1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

SERVE:
Daniel Foote, *individual infinity*
City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *pro se* (name and address)

David, Kay, Ed and Tom Sieverding
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG 22 2005

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8-31-05 |
| NAME OF SERVER (PRINT)  Daniel Retz | TITLE  Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 124 10th, Steamboat Springs Co

_____

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

_____

_____

G Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12-2-05__          _____
                Date                  Signature of Server

                                Box 771378
                                _____
                                Steamboat Springs Co 80477
                                        Address of Server

OS CV 0672
Sieverding V ABA
Daniel Foote
Individual

signed under oath before me
on December 2, 2005

_____
Patricia Retz
        Comm. exp. 1-11-2007

Patricia S. Retz
PO Box 771378
Steamboat Spring, Co
80477

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CA

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice
22

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

J.D.Hays, *Provisional Capacity*
SERVE: City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *PLEASE* (name and address)

David Kay Ed and Tom Sieverding
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-6-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 843 Yampa Steamboat Springs, Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12-2-05
     Date

     Signature of Server

     Box 771378

     Steamboat Springs, Co 80477
     Address of Server

05 CV 01672
Sieverding V ABA
Hays - Individual

signed under oath
before me on December 2, 2005

Patricia Retz
Comm. exp 1-11-2007

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO
80477

*(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sievending

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Paul Hughes, _INDIVIDUAL CAPACITY_
SERVE: City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ _PRO SE_ (name and address)

David, Kay, Ed and Tom Sievending
641 BAsswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

DATE STAMP: AUG 2 2 2005

_____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-31-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service.*

☐ Served personally upon the defendant. Place where served: __124 10th Steamboat Springs Co.__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12-2-05__
                Date

Signature of Server
Box 771378

__Steamboat Springs Co. 80477__
Address of Server

05 CV 01672
Sieverding VABA

Paul Hughes
Individual Capacity

Signed under oath
before me on December 2, 2005

Patricia S Retz
Comm exp 1-16-2007

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, Co 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sievending

V.

American BAR Association et al.

**SUMMONS IN A CIVIL CASE**

CA

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

Serve:

**Randall Klauzer** *Individual capacity;*
**Klauzer and Tremaine**
**320 S. Lincoln Ave.**
**Steamboat Springs, CO 80487-8906**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~██████~~ *prose* (name and address)

David, Kay, Ed and Tom Sievending
641 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 AUG 2 2 2005

CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-7-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 790 Conifer

Steamboat Springs Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-2-05                    _____
                  Date                          Signature of Server

                                         Box 771378

                                         Steamboat Springs Co 80477
                                              Address of Server

Sieverding VABA
05CV01672
Klauzer Individual

signed under oath
before me on December 2,

Patricia Retz
Comm. exp. 1/4/2009

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO 80477

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

**Melnda Sherman,** _Individual Capacity_
SERVE: **City of Steamboat Springs attn city clerk**
**124 10th St.**
**Steamboat Springs, CO 80477**

401 Lincoln Ave
Steamboat Sp CO 80477
Phone 970 879 7600

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~█~~ (name and address)

David, Kay, Ed and Tom Sieverding
6400 BAsswood Ave
VeroNA Wi 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 2 2 2005

CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-20-05 |
| NAME OF SERVER (PRINT) | TITLE |
| | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 401 Lincoln, Steamboat Springs Co

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-2-05

_____
Signature of Server

Box 771378

Steamboat Springs Co 80477
Address of Server

signed under oath
before me on December 2, 2005

Patricia Setz

comm. exp. 1-11-2007

PATRICIA S. SETZ
PO BOX 771378
STEAMBOAT SPRINGS, Co
80477

NOTARY PUBLIC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sievending

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

SERVE!

Paul Strong, *Individual Capacity*
City of Steamboat Springs attn city clerk
124 10th St.
Steamboat Springs, CO 80477

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~████~~ *PROSE* (name and address)

David Kay Ed and Tom Sievending
611 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG 2 2 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-7-05 |

| | TITLE |
|---|---|
| NAME OF SERVER (*PRINT*) Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served:

☒  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kathy Connell, 2345 Val Diverse
Steamboat Springs, C.

G  Returned unexecuted:

G  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-2-05
_____
*Date*

_____
*Signature of Server*
Box 771378

Steamboat Springs, C. 80477
*Address of Server*

Signed under oath
before me on December 2, 2005
Patricia S Retz
Comm. exp 1-14-2007

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO
80477

05CV0672
Strong Ind.
Sievering
V A3A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sieverding

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CASE N

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 08/22/2005

TO: (Name and address of Defendant)

**Richard Tremaine,** *Individual Capacity*
**Klauzer and Tremaine**
**320 S. Lincoln Ave.**
**Steamboat Springs, CO 80487-8906**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~████~~ *Pro Se* (name and address)

David, Kay, Ed and Tom Sieverding
464 Basswood Ave
Verona WI 53593

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG 2 2 2005

CLERK                                                DATE

(By) DEPUTY CLERK

RECEIVED
DEC 0 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _9-2-05_ |

| NAME OF SERVER *(PRINT)* _Daniel Rotz_ | TITLE _Investigator_ |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _1955 Anglers Dr_
_Steamboat Springs Co._

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _12-2-05_
_____
Date

_____
Signature of Server
_Box 771378_

_Steamboat Springs Co 80477_
Address of Server

_Signed before me under oath_
_on December 2, 2005_

_Patricia S Rotz_
_comm. exp 1-11-2007_

05 CV 01672
Siuerding V ABA

Richard Tremaine Esquire

PATRICIA S. ROTZ
PO BOX 771378
STEAMBOAT SPRINGS, CO 80477

[NOTARY PUBLIC seal: PATRICIA S. ROTZ STATE OF]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David Kay Ed and Tom Sievending

**SUMMONS IN A CIVIL CASE**

V.

American BAR Association et al.

CASE NUMBER  1:05CV01672

JUDGE: Ricardo M. Urbina

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/*22*/2005

TO: (Name and address of Defendant)

**P. Elizabeth Wittemyer**, *INDIVIDUAL CAPACITY*
**Holloway associates**
**330 S. Lincoln Ave suite 222**
**Steamboat Springs, CO 80477-0908**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ████ *PRO SE* (name and address)

David Kay, Ed and Tom Sievending
641 Basswood Ave
Verona Wi 53593

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 22 2005

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

Nancy M. Mayer-Whittin
Clerk of Court

## RETURN OF SERVICE

| | | DATE |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | 8-29-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Retz | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:  330 S. Lincoln #220  Steamboat Springs Co

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-2-05

Signature of Server

Box 771378

Steamboat Springs, Co 80477
Address of Server

Signed under oath
before me on December 2, 2005

Patricia S Retz
Comm exp 1-11-2009

05 cv 01672
P. Elizeth Wittemyer
Individual

PATRICIA S. RETZ
PO BOX 771378
STEAMBOAT SPRINGS, CO 80477

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.