IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KAY SIVERDING, *et al.*,  :
        *Plaintiffs*,  :
          :
v.  :   CA No. 1:05CV01672
          :   (RMU)
AMERICAN BAR ASSOCIATION, et al.  :
        *Defendants*.  :

## ENTRY OF APPEARANCE

THE CLERK OF THE COURT WILL please substitute the appearance as counsel for Defendants Jane Bennett, Kevin Bennett, Ken Brenner, David Brougham, City of Steamboat Springs, Colorado, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, James Sandy Horner, Paul Hughes, Klauzer & Tremaine, LLC, Randall Klauzer, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendie Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Hall and Evans, LLC, Arianthe Stettner, Paul Strong, Richard Tremaine, James Weber and P. Elizabeth Wittemeyer Jerome C. Schaefer, Esquire in place of Kevin A. Kernan, Esquire. Mr. Schaefer is a partner in the law office of O'BRIEN, BUTLER, McCONIHE & SCHAEFER, 888 Seventeenth Street, N.W., Suite 1200, Washington, D.C. 20006-3967. Mr. Schaefer is registered to file pleadings in the United States District Court for the District of Columbia's Electronic Case Filing System.

                                                    Respectfully submitted,

                                                    O'BRIEN, BUTLER, MCCONIHE & SCHAEFER

                                                    Jerome C. Schaefer, Esquire
                                                    888 17th Street, N.W.
                                                    Suite 1200
                                                    Washington, D.C. 20006-3967
                                                    (202) 298-6161
                                                    jschaefer@obmslaw.com
                                                    D.C. Bar No. 224931

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant American Bar Association, et al. Counsel's Entry of Appearance was mailed, first class prepaid postage, this 12th day of December, 2005, to Kay Sieverding at Clear Creek County Jail, PO Box 518, 405 Argentine Street, Georgetown, CO 80444, and David Sieverding at 601 Basswood Avenue, Verona, WI 53593.

I hereby certify that on December 12, 2005 I electronically filed the foregoing CO-DEFENDANTS' REPLY TO PLAINTIFFS OBJECTION TO ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT, along with a proposed Order, with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following email addresses:

WHITE and CASE, LLP
C/O Frank Panopoulos
701 13th Street, N.W.
Washington, D.C. 20005
fpanopoulos@whitecase.com

Attorney for Defendants White & Case LLP and the American Bar Association

Jerome C. Schaefer, Esquire