United States Court District of Columbia
Sieverding                    05-CV-01672
     v
A.B.A. et al.                  RMU

Notice of ERRATA Complaint D1 Fact 295

It was 3/30/01 that the police went to the high school to interview ED Sieverding about his mother. This was in front of virtually the entire school body as they were leaving. (original copy had 3/31/00)

That was the same day that the police followed Kay Sieverding to the newspaper where they interviewed her in front of the picture window. They had her take off her shoe so they could inspect it because Kevin Bennett had claimed a foot print on his property was made by her. (She wasn't on his property).

The next day the STEAMBOAT PILOT AKA The World Company AKA WorldWest LLP published that there was probable cause to prosecute Kay Sieverding for harassing JANE Bennett, that JANE BENNETT was Kay Sieverding's "victim", that Randall Klauzer said that Sieverding

①

had harassed and abused Jane Bennett. The Steamboat Pilot article said that Jane Bennett was confident the police would protect her from Kay Sieverding. The newspaper said the police were investigating a new report from Kevin Bennett that Sieverding had been on Bennett's property. The newspaper said city officials told Sieverding Bennett's construction fully complied with city development laws.

The newspaper did not say that Bennetts were grossly violating the development laws nor that Jane Bennett had said under oath that Sieverding hadn't been following her, hadn't called her, hadn't threatened her, and that no one except Bennetts claimed to have seen her on their property.

American Jurisprudence says that conspiracy to damage reputation is a recognized claim in federal court.

Ed Sieverding soon dropped out of high school at the advice of his guidance counselor. (home school). He was 14 on 3/30/01.

Under penalty of perjury. Kay Sieverding

Service by ECF

jailed for filing this lawsuit
Clear Creek Jail
POB 518
Georgetown Co
80444