United States Court District of Columbia

Sieverding                        05-CV-01283 / 05-CV-01672

    v.

A.B.A.                            RMU

Motion to Amend Pleadings to Conform
with the Evidence

A1.) The ABA has recommended minimum
standards for appellate court decisions.

A2.) "Every decision should be supported
at minimum, by a citation of the authority
or statement of grounds upon which it
is based. When the lower court decision
was based on a written opinion that
adequately expresses the appellate court's
view of the law, the reviewing court should
incorporate that opinion or such portions
of it as are deemed pertinent, or, if
it has been published, affirm on the
basis of that opinion." ABA minimum
standards for Appellate Court Opinions
Feb 2000 3.36 Decisions and Opinions.

A3.) There was no published opinion to
affirm.

A4.) The appellate court did not express

①

an opinion of the law. It did not cite
authority.

A5.) In no forum, have any of the
defense counsel or court asked
for explanation or clarification.

A6) A newspaper reporter recently
read the complaint and her only
question so far was whether Bennett
was on the city council when he
first blockaded and fenced off the
road. She also asked for more
of a description of the physical
blockade. She read it before
Steverding talked to her. She also
read quite a lot of plaintiff's other
filings and seemed to have no
problems understanding plaintiff's
filings. The only thing she couldn't
understand is why plaintiff is
in jail.

A7.) The Colorado magistrate's report
is about the same length as the 02cv-
1950 complaint.

Under penalty of perjury

Service by ECF

Ray Steverding ©
Clear Creek Jail
POB 518
Georgetown CO 80444