IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMERICAN BAR ASSOCIATION, et al. <br><br> *Defendants*. | Case No. 1:05CV01672 <br> (RMU) |

**THE AMERICAN BAR ASSOCIATION'S OPPOSITION TO PLAINTIFFS' MOTION
TO AMEND PLEADINGS TO CONFORM WITH THE EVIDENCE**

The American Bar Association ("ABA") respectfully moves this Court to deny Plaintiffs' Motion to Amend Pleadings to Conform with the Evidence ("Motion").

On December 22, 2005, this Court stayed one of the companion cases (No. 1:05CV01283) to the present action. Because of the similarities and redundancies between that case and this case, Plaintiffs have been filing identical motions in both cases. As can be seen in the case number entry in the Plaintiffs' caption for this Motion, ("05-CV-01283/05-CV-01672"), without the Court's stay of this case, Plaintiffs will continue to do so. To that end, the ABA renews its Motion for a Stay or Enlargement of Time to Respond to Plaintiffs' Pending and Future Motions in this action (docket entry number 22, filed October 31, 2005) and requests that the Court grant that motion for the same reasons that it granted the motion in case 1:05CV01283.

As for the present Motion, Plaintiffs have simply renewed their attack on the validity of the judgments resulting from their earlier action in the District of Colorado, but have stated

nothing that might bolster their alleged claims against the ABA. As in previous filings, Plaintiffs' allegations that the judgments of the District of Colorado and the affirmation by the Tenth Circuit are invalid because there "was no published opinion to affirm," and that the "appellate court did not express an opinion of the law" and "did not cite authority," are frivolous. Motion at 1-2.

Even a cursory examination of the Magistrate Judge's Recommendation, the District Court's adoption of that Recommendation, and the Tenth Circuit's affirmation shows that Plaintiffs' contentions are demonstrably false. *See Sieverding v. Colorado Bar Association*, No. Civ. A. 02-M-1950, 2003 WL 22400218 (D. Col. Oct. 14, 2003) (Magistrate Judge Schlatter's recommendation of dismissal and enjoining further pro se filings was adopted by the District Court on March 19, 2004), *aff'd* 126 Fed. Appx. 457 (10th Cir. 2005). Copies of these opinions are attached to the ABA's Motion to Dismiss. As evidenced in these documents, the district court filed as a matter of record its Order Accepting the Magistrate Judge's Recommendation, and was under no obligation to otherwise "publish" its decision. Moreover, the Tenth Circuit, in its opinion, clearly stated the basis on which it was affirming the district court's decision and in doing so stated its "opinion of the law." While Plaintiffs insist they were entitled to a different form of publication or to citations to prior cases, their contention has no foundation in the law as each ruling clearly satisfied the legal requirements applicable to it. Accordingly, the ABA respectfully asserts that Plaintiffs' Motion should be denied.

Further grounds to deny this Motion exist because it fails by its own terms. Despite the title of Plaintiffs' Motion, Plaintiffs do not state how they would amend their pleadings, nor do they request the Court to make any such amendments.

## CONCLUSION

For the foregoing reasons, the Plaintiffs' Motion to Amend Pleadings to Conform with the Evidence should be denied.

Dated: Washington, D.C.
       December 30, 2005

Respectfully submitted,

**WHITE & CASE**
LIMITED LIABILITY PARTNERSHIP

By: _____
    Carolyn B. Lamm (D.C. Bar No. 221325)
    Frank Panopoulos (D.C. Bar No. 459365)
    **WHITE & CASE** LLP
    701 13th St., N.W.
    Washington, D.C. 20005
    (202) 626-3600

*Attorneys for Defendant*
*American Bar Association*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2005 I electronically filed the foregoing ABA's Opposition to Plaintiffs' Motion to Amend Pleadings to Conform with the Evidence and proposed form of order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jerome C. Schaefer, Esq.
O'BRIAN, BUTLER, MCCONIHE & SCHAEFER, PLLC
888 17th Street, NW
Washington, D.C. 20006-3939
jschaefer@obmslaw.com

Attorney for Defendants Jane Bennett, Kevin Bennett, Ken Brenner, David Brougham, City of Steamboat Springs, Colorado, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, Hall and Evans LLP, James Sandy Horner, Paul Hughes, Klauzer & Tremaine, LLC, Randall Klauzer, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendie Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Steamboat Pilot & Today, Arianthe Stettner, Paul Strong, Richard Tremaine, James Weber, and P. Elizabeth Wittemeyer.

I hereby certify that I have served the foregoing to the following non CM/ECF participants by Federal Express:

Ed Sieverding
Tom Sieverding
641 Basswood Avenue
Verona, Wisconsin 53593
Plaintiffs PRO SE

Kay Sieverding
Clear Creek County Jail
POB 518
Georgetown, CO 80444

_____
Matthew Ahn