IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| KAY SIEVERDING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CA No. 1:05CV01672 (RMU) |
| AMERICAN BAR ASSOCATION, *et al.*, | : |
| Defendants. | : |

### ORDER

It is hereby ORDERED that Plaintiffs' Motion to Amend Pleadings to Conform with the Evidence is DENIED.

SO ORDERED.

_____
RICARDO M. URBINA
United States District Judge

DATE:

cc: Kay Sieverding
Clear Creek County Jail
PO Box 518
405 Argentine Street
Georgetown, CO 80444

David Sieverding
601 Basswood Avenue
Verona, WI 53593

Plaintiffs *pro se*

WHITE and CASE, LLP
C/O Frank Panopoulos
701 13th Street, N.W.
Washington, D.C. 20005
fpanopoulos@whitecase.com

Attorney for Defendant the American Bar Association

Jerome C. Schaefer
O'BRIEN, BUTLER, McCONIHE & SCHAEFER
Suite 1200, Brawner Building
888 Seventeenth Street, N.W.
Washington, D.C. 20006-3967
Tel.: (202) 298-6161
jschaefer@obmslaw.com

Attorney for Jane Bennett, Kevin Bennett, Ken Brenner, David Brougham, City of Steamboat Springs, Colorado, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, James Sandy Horner, Paul Hughes, Klauzer & Tremaine, LLC, Randall Klauzer, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendie Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Hall and Evans, LLC, Arianthe Stettner, Paul Strong, Richard Tremaine, James Weber and P. Elizabeth Wittemeyer