IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

KAY SIVERDING, *et al.*,

    *Plaintiffs*,

v.                                        CA No. 1:05CV01672 (RMU)

AMERICAN BAR ASSOCIATION, et al.

    *Defendants*.

## DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND PLEADINGS TO CONFORM WITH THE EVIDENCE

Defendants Jane Bennett, Kevin Bennett, Ken Brenner, David Brougham, City of Steamboat Springs, Colorado, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, James Sandy Horner, Paul Hughes, Klauzer & Tremaine, LLC, Randall Klauzer, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendie Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Hall and Evans, LLC, Arianthe Stettner, Paul Strong, Richard Tremaine, James Weber and P. Elizabeth Wittemeyer (collectively herein "Defendants"), through their undersigned attorneys O'Brien, Butler, McConihe & Schaefer, respectfully oppose the Plaintiffs' Motion to Amend Pleadings to Conform with the Evidence ("Motion to Amend") (docket entry # 32).

    1. First and foremost, no evidence has been offered or received into evidence and the Motion to Amend is premature at best.

    2. Further, Defendants herein incorporate by reference, all arguments made by the American Bar Association ("ABA") in their Opposition to Plaintiff's Motion to Amend (docket entry # 33), filed on December 30, 2005 and Defendants herein join the ABA in renewing Defendant's Motion for a Stay or Enlargement of Time to Respond to Plaintiffs' Pending and Future Motions (docket entry # 22) in this action, which like Motion was granted in the related case 1:05CV01283.

For the foregoing reasons, the Plaintiffs' Motion to Amend the Pleadings to Conform with the Evidence should be denied.

>Respectfully submitted,
>
>O'BRIEN, BUTLER, MCCONIHE & SCHAEFER
>
>*[signature]*
>Jerome C. Schaefer, Esquire
>888 17th Street, N.W.
>Suite 1200
>Washington, D.C. 20006-3967
>(202) 298-6161
>jschaefer@obmslaw.com
>D.C. Bar No. 224931

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006 I electronically filed the foregoing Defendant's Opposition to Plaintiffs' Motion to Amend the Pleadings to Conform with the Evidence and proposed order with the Clerk of the Court using the CM/ECF system, which will send such filings to the following email addresses:

WHITE and CASE, LLP
C/O Frank Panopoulos
701 13th Street, N.W.
Washington, D.C. 20005
fpanopoulos@whitecase.com

Attorney for Defendant the American Bar Association

I hereby certify that on January 3, 2006 I served the foregoing by Federal Express to Kay Sieverding at Clear Creek County Jail, PO Box 518, 405 Argentine Street, Georgetown, CO 80444, and David Sieverding at 601 Basswood Avenue, Verona, WI 53593.

*[signature]*
Jerome C. Schaefer, Esquire