IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

KAY SIEVERDING, *et al.*,

Plaintiffs,

v.

Case No. 1:05CV01672
Judge Ricardo M. Urbina

AMERICAN BAR ASSOCATION, *et al.*,

Defendants.

### ORDER

It is hereby ORDERED that Plaintiffs' Motion for Reconsideration of the Court's July 20, 2006 Order Dismissing Plaintiffs Complaint (Civil Action 05-01672) *Sua Sponte* is DENIED.

SO ORDERED.

RICARDO M. URBINA
United States District Judge

DATE:

cc:   Kay Sieverding
      Tom Sieverding
      David Sieverding
      Ed Sieverding
      641 Basswood Avenue
      Verona, WI 53593

      Plaintiffs *pro se*

WHITE and CASE, LLP
C/O Frank Panopoulos
701 13th Street, N.W.
Washington, D.C. 20005
fpanopoulos@whitecase.com

Attorney for Defendant the American Bar Association

Jerome C. Schaefer
O'BRIEN, BUTLER, McCONIHE & SCHAEFER
Suite 1200, Brawner Building
888 Seventeenth Street, N.W.
Washington, D.C. 20006-3967
Tel.: (202) 298-6161
jschaefer@obmslaw.com

Attorney for Defendants Jane Bennett, David Brougham, Hall and Evans, LLP, Klauzer & Tremaine, LLC, Randall Klauzer, The World Company, and Richard Tremaine,