IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY SIEVERDING, *et al.*,  )<br>                                                )<br>            *Plaintiffs*,                )<br>                                                )<br>                                                )<br>      v.                                     )<br>                                                )<br>AMERICAN BAR ASSOCIATION, et al.  )<br>                                                )<br>            *Defendants*.             )<br>                                                ) | Case No. 1:05CV01672<br>(RMU) |

## ORDER

It is hereby ORDERED that Plaintiffs' Motion for Reconsideration of this Court's December 21, 2006 Order be, and it is hereby, DENIED.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　RICARDO M. URBINA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE:

cc:   Kay Sieverding
      641 Basswood Avenue
      Verona, Wisconsin 53593

      Plaintiff PRO SE

      Jerome C. Schaefer, Esq.
      O'BRIAN, BUTLER, MCCONIHE & SCHAEFER, PLLC
      888 17th Street, NW
      Washington, D.C. 20006-3939
      jschaefer@obmslaw.com

Attorney for Defendants Jane Bennett, Kevin Bennett, Ken Brenner, David Brougham, City of Steamboat Springs, Colorado, Kathy Connell, James Engleken, Art Fiebing, Sandy Fiebing, Daniel Foote, J.D. Hays, Hall and Evans LLP, James Sandy Horner, Paul Hughes, Klauzer & Tremaine, LLC, Randall Klauzer, Charles Lance, Anthony Lettunich, Paul R. McLimans, Wendie Schulenburg, Melinda Sherman, Kerry St. James, Suzanne Schlicht, Steamboat Pilot & Today, Arianthe Stettner, Paul Strong, Richard Tremaine, James Weber, and P. Elizabeth Wittemeyer.