Notice of Appeal to the District of Columbia Court of Appeals from a

Judgment or Order of a District Court

United States Court for the District of Columbia

File numbers 05-01283/05-01672

Sieverding et al, Plaintiffs            )
                                        )   Notice of
                                        )
v.                                      )   Appeal
                                        )
                                        )
American Bar Association et al., defendants  )

**RECEIVED**

APR 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice is hereby given that David, Kay, Edward, and Thomas Sieverding hereby appeal to the United States Court of Appeals for the D.C. Circuit orders sua sponte dismissing 05-01283 on the basis of res judicata on 11/28/06 and 05-01672 on the basis of res judicata on 12/21/07. Tolling Rule 59 motions were filed on 12/12/06 for 05-01283 and 1/8/07 for 05-01672

Kay Sieverding
641 Basswood Ave.
Verona, WI 53593
608 848 5721

*/s/ Kay Sieverding*