**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| KAY SIEVERDING *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | | |
| | : | Civil Action No.: | 05-1672 (RMU) |
| v. | : | | |
| | : | Document Nos.: | 44 |
| AMERICAN BAR ASSOCIATION *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**<u>ORDER</u>**

It is this 11th day of December, 2007,

**ORDERED** that for the reasons stated in the court's December 21, 2006 Memorandum

Order, the plaintiffs' second motion for relief from judgment is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge